UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ACE AMERICAN INSURANCE
COMPANY,

    Plaintiff,

v.                                    Case No:   2:15-cv-629-FtM-99CM

AJAX PAVING INDUSTRIES OF
FLORIDA, LLC,

    Defendant/Third
    Party Plaintiff

ASPHALT MILLING SERVICES,
LLC,

    Third Party Defendant.
_____

## ORDER

    Before the Court is Plaintiff, Ace American Insurance Company a/s/o Marina Mike's, LLC's Motion to Compel Discovery Responses and Incorporated Memorandum of Law (Doc. 23), filed on May 27, 2016.  Defendant has not filed a response in opposition, and the time has expired for Plaintiff to do so.  Failure to file a response creates a presumption that the motion is unopposed.  *Great American Assur. Co. v. Sanchuk, LLC*, 2012 WL 195526 *3 (M.D. Fla. 2012) (citation omitted).  The motion is now ripe for review.

    Plaintiff served Defendant with a Request for Admissions, Interrogatories and Request for Production on or about March 11, 2016.  Doc. 23 at 1.  Defendant's responses were due on or before April 13, 2015.  *Id.* at 2.  To date, Defendant has

not responded to Plaintiff's request for production or interrogatories, nor has Defendant moved for a protective order or sought any other relief from the Court. *Id.* Because Defendant has failed to respond to the discovery or assert any objections thereto, any such objections are waived. *Limu Co., LLC v. Burling*, 2013 WL 1482760 *1 (M.D. Fla. 2013). Moreover, Defendant failed to provide any opposition to the present motion. Accordingly, the Court will grant Plaintiff's motion. Defendant shall have up to and including **July 15, 2016** to respond to Plaintiff's Interrogatories to Defendant, AJAX Paving Industries of Florida, LLC and Plaintiff, Ace American Insurance Company a/s/o Marina Mike's, LLC's Request for Production to Defendant, AJAX Paving Industries of Florida, LLC. Defendant is advised that failure to comply with this Order could result in sanctions.

Additionally, Plaintiff requests that Plaintiff's Request for Admissions be deemed admitted because the Defendant's answers were served late. Doc. 23 at 2. Defendant's answers were due on or before April 13, 2016 but were not served until April 19, 2016. *Id.* Thus, Plaintiff requests that the requests be deemed admitted as they were untimely. Federal Rule of Civil Procedure 36 states that a matter is deemed admitted unless, within thirty days after being served, the party to whom the request is directed serves a written answer or objection. Fed. R. Civ. P. 36. While the Court acknowledges that the answers were untimely, the Court in not inclined to deem Plaintiff's Requests for Admissions admitted. In the future, however, should Defendant fail to timely respond, the Court will not be so lenient absent extenuating circumstances.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff, Ace American Insurance Company a/s/o Marina Mike's, LLC's Motion to Compel Discovery Responses and Incorporated Memorandum of Law (Doc. 23) is **GRANTED in part**. Defendant shall have up to and including **July 15, 2016** to respond to Plaintiff's Interrogatories to Defendant, AJAX Paving Industries of Florida, LLC and Plaintiff, Ace American Insurance Company a/s/o Marina Mike's, LLC's Request for Production to Defendant, AJAX Paving Industries of Florida, LLC. **Failure to comply with this Order could result in sanctions.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 29th day of June, 2016.

*[signature]*

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record