UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ACE AMERICAN INSURANCE
COMPANY,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No: 2:15-cv-629-FtM-99CM

AJAX PAVING INDUSTRIES OF
FLORIDA, LLC,

      Defendant/Third
      Party Plaintiff

ASPHALT MILLING SERVICES,
LLC,

      Third Party Defendant.
_____/

## ORDER

Before the Court is Third Party Defendant Asphalt Milling Services, LLC's Stipulation to Set Aside Default (Doc. 29), filed on July 8, 2016. Third Party Defendant seeks to set aside the entry of Clerk's Default (Doc. 19) entered on January 26, 2016. Doc. 29. Third Party Plaintiff Ajax Paving Industries of Florida, LLC has no opposition to this request. *Id.* Third Party Defendant recently has retained counsel to represent it, and counsel has filed a Notice of Appearance. Doc. 27. Additionally, the parties agreed that Third Party Defendant will respond to the Third Party Plaintiff's Complaint on or before July 25, 2016. Doc. 29. The Court notes that since the filing of the present motion, Third Party Defendant has responded to the Complaint.

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, the Court finds that Third Party Defendant has shown good cause to set aside the entry of Clerk's Default, and the Motion is due to be granted. Third Party Defendant has recently retained counsel, and counsel expeditiously took steps to file an answer to the Third Party Plaintiff's Complaint on behalf of Third Party Defendant.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Stipulation to Set Aside Default (Doc. 29) is **GRANTED**.

2. Clerk's Entry of Default (Doc. 19) entered on January 26, 2016 is hereby VACATED and SET ASIDE.

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of July, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record